**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

THEODORE DALL,

  Plaintiff,

-vs-                                           CASE NO.:  2:18-CV-00454-UA-CM

AMERICAN EXPRESS COMPANY,

  Defendant.
_____/

        Plaintiff, Theodore Dall, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: July 31, 2018

                                                      */s/Janelle Neal*_____
                                                      Janelle Neal, Esquire
                                                      Florida Bar No.: 774561
                                                      Morgan & Morgan, Tampa, P.A.
                                                      One Tampa City Center
                                                      201 N. Franklin Street, 7th Floor
                                                      Tampa, FL 33602
                                                      Tele: (813) 223-5505
                                                      Fax: (813) 223-5402
                                                      JNeal@forthepeople.com
                                                      MMartinez@forthepeople.com
                                                      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of July, 2018, a true and correct copy of the foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF system.

                                                  */s/Janelle Neal*_____
                                                  Janelle Neal, Esquire
                                                  Florida Bar No.: 774561